FORM 26. Docketing Statement | Form 26 (p. 1) July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2025-1049

**Short Case Caption:** Chen v. Partnerships and Unincorporated Associations

**Filing Party/Entity:** Kifiray, TigeJoy, BYOFI, gulrear, Haikung, Linstock, RICHCAT, secure4u, WiKT, YinYoHome

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Northern District of Illinois | 1:24cv7164 | Patent Infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

Vacatur of Preliminary Injunction and remand for Hearing on Damages from wrongly imposed PI. Alternatively, imposition of appropriate Undertaking from PI.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Appellants' Motion to Vacate Preliminary Injunction set down for Telephone Conference on November 21, 2024 (ECF 69)

**Briefly describe the judgment/order appealed from:**

Preliminary Injunction imposed in favor of the Plaintiff and against Appellants without Notice and without appropriate Undertaking (ECF 24)

**Nature of judgment (select one):**    **Date of judgment:** 09/10/2024

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☒ Interlocutory Order (specify type) Preliminary Injunction, 28 U.S.C. § 1292(a)(1).
☐ Other (explain) _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Whether Preliminary Injunction was issued without Notice; Whether Plaintiff established

Have there been discussions with other parties relating to settlement of this case?
☑ Yes  ☐ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☐ During the pendency of the case below
  ☑ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

n/a

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

Explain.

The Parties have been transparent about their respective factual and legal positions at issue in this case. While some of the Appellants made reasonable settlement offers, those were not accepted and Mediation would be unlikely to resolve the urgent issues at play here.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 10/14/2024            Signature: /s/ Baruch S. Gottesman
                            Name: Baruch S. Gottesman

Save for Filing