FORM 26. Docketing Statement                                Form 26 (p. 1)
                                                             July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2025-1049

**Short Case Caption:** Chen v. Partnerships and Unincorporated Associations

**Filing Party/Entity:** Zhaoyou Chen

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| NDIL District Court | 1:24-cv-7164 | Design Patent Infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

Dismissal of the appeal and affirmance of the District Court's grant of preliminary injunction. Stay of appeal pending District Court's determination of factual issues.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Preliminary injunction restraining financial accounts of defendants.

**Briefly describe the judgment/order appealed from:**

The District Court's September 10, 2024 preliminary injunction restraining financial assets of defendants.

**Nature of judgment (select one):**        **Date of judgment:** 9/10/24

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☒ Interlocutory Order (specify type) Issuance of preliminary injunction
☐ Other (explain) _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                   July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

[ ]

Issues to be raised on appeal: ☐ None/Not Applicable

Whether the District Court properly issued the preliminary injunction.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes    ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☑ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☑ No

If they were mediated, by whom?

[ ]

Do you believe that this case may be amenable to mediation? ☑ Yes    ☐ No
Explain.

Plaintiff-Appellee believes the Defendants-Appellees would benefit from having a third party explain to them directly the possible outcomes of this appeal and litigation, and risks associated therewith.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

[ ]

Date: 10/24/24                    Signature: /s/ Mark C. Johnson

                                  Name:      Mark C. Johnson

Save for Filing